PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, Maryland 21235
       Telephone: (510) 970-4822
       E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATARINA MUNOZ,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>Defendant. | Case No.: 1:24-cv-00331-SKO<br><br>**ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT**<br><br>**(Doc. 14).** |

     IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

     On remand, the Commissioner will offer the claimant an opportunity for a hearing, conduct any necessary further proceedings and issue a new decision. The parties further request

that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

| | |
|---|---|
| Dated: July 24, 2024 | */s/Jonathan Omar Pena* *<br>(*as authorized via e-mail on 7/24/24)<br>JONATHAN OMAR PENA<br>Attorney for Plaintiff |
| Dated: July 24, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| By: | */s/ Marcelo Illarmo*<br>MARCELO ILLARMO<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 14), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated: **July 25, 2024**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE